# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOND SAFEGUARD INSURANCE COMPANY,**

          **Plaintiff,**

**-vs-**                                          **Case No. 6:09-cv-1504-Orl-31GJK**

**JAMES ROBERT WARD, THE SARAH CAITLIN WARD IRREVOCABLE TRUST, THE MALLORY ELIZABETH WARD TRUST, SARAH CAITLIN WARD and MALLORY ELIZABETH WARD AS personal representatives of the Estate of Diane Elizabeth Ward**

          **Defendants.**

## ORDER

This cause came on for consideration at the pre-trial conference on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION IN LIMINE RELATED TO CRIMINAL CHARGES (Doc. No. 138)** |
| **FILED:** | January 28, 2011 |

**THEREON** it is **ORDERED** that the motion is **GRANTED** as stated in open court.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION IN LIMINE RELATED TO OTHER LAWSUITS (Doc. No. 139)** |
| **FILED:** | January 28, 2011 |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for the reasons stated in open court.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION IN LIMINE REGARDING SPECIFIC ALLEGED FRAUDULENT TRANSFERS (Doc. No. 140)** |
| **FILED:** | **January 28, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** as stated in open court.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION IN LIMINE RELATED TO PLAINTIFF'S CLAIM FOR BUSINESS REPUTATION DAMAGES (Doc. No. 141)** |
| **FILED:** | **January 28, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** as stated in open court.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' MOTION IN LIMINE REGARDING PLAINTIFF'S DAMAGES CLAIMS WHERE PLAINTIFF HAS FAILED TO PRODUCE ANY EVIDENCE OF THE CLAIMED DAMAGES (Doc. No. 142)** |
| **FILED:** | **January 28, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part as stated in open court. The Plaintiff will be permitted to offer evidence related to the approximately $8 million incurred in connection with the Jekyll Island project.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION IN LIMINE REGARDING SPECIFIC ALLEGED FRAUDULENT TRANSFERS (Doc. No. 146)** |
| **FILED:** | **January 29, 2011** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for the reasons stated in open court.

In addition, it is hereby **ORDERED** that any claims in regard to bond-related payments that Bond Safeguard expects to make in the future are **BIFURCATED** for trial at a later date.

This bifurcation applies to all such claims, whether they are based on the indemnity agreement, *quia timet*/exoneration, or otherwise.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 22, 2011.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**GREGORY A. PRESNELL**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party