# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOND SAFEGUARD INSURANCE COMPANY,**

                **Plaintiff,**

-vs-                                     Case No. 6:09-cv-1504-Orl-31GJK

**JAMES ROBERT WARD, THE SARAH CAITLIN WARD IRREVOCABLE TRUST, THE MALLORY ELIZABETH WARD TRUST, SARAH CAITLIN WARD and MALLORY ELIZABETH WARD AS personal representatives of the Estate of Diane Elizabeth Ward**

                **Defendants.**

_____

## ORDER

This matter comes before the Court on the Amended Motion to Enforce Settlement (Doc. 242) filed by the Plaintiff. In light of the fact that judgment has been entered and this case has been closed, the parties are hereby

**ORDERED** to file a brief of ten pages or fewer on the issue of whether the Court possesses subject matter jurisdiction to construe or enforce the putative settlement. The briefs shall be filed on or before July 12, 2012.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 28, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party