**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BOND SAFEGUARD INSURANCE COMPANY,**

         **Plaintiff,**

-vs-                                 Case No. 6:09-cv-1504-Orl-31GJK

**JAMES ROBERT WARD, THE SARAH CAITLIN WARD IRREVOCABLE TRUST, THE MALLORY ELIZABETH WARD TRUST, SARAH CAITLIN WARD and MALLORY ELIZABETH WARD AS personal representatives of the Estate of Diane Elizabeth Ward**

         **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. On June 28, 2012, the Court ordered the parties to file supplemental briefs on the issue of whether it possessed subject matter jurisdiction over the settlement entered into in March 2011. (Doc. 243). Upon review of those briefs and the orders entered in the wake of that settlement, the Court finds that the claims that were the subject of that settlement were never dismissed. Therefore the Court continues to possess jurisdiction

over the original dispute and ancillary matters such as the settlement.  *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 21, 2012.

                                                    GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE