# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOND SAFEGUARD INSURANCE COMPANY,**

       **Plaintiff,**

v.                                                     Case No: 6:09-cv-1504-Orl-31GJK

**JAMES ROBERT WARD, THE SARAH CAITLIN WARD IRREVOCABLE TRUST, THE MALLORY ELIZABETH WARD TRUST, SARAH CAITLIN WARD and MALLORY ELIZABETH WARD,**

       **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. Pursuant to the Eleventh Circuit decision dated July 19, 2012 (Doc. 251), the judgment dated May 11, 2011 (Doc. 200) is **VACATED**.

**DONE** and **ORDERED** in Orlando, Florida on January 18, 2013.

*[signature]*

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties