# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOND SAFEGUARD INSURANCE COMPANY,**

        **Plaintiff,**

v.                                             **Case No: 6:09-cv-1504-Orl-31GJK**

**JAMES ROBERT WARD, THE SARAH CAITLIN WARD IRREVOCABLE TRUST, THE MALLORY ELIZABETH WARD TRUST, SARAH CAITLIN WARD and MALLORY ELIZABETH WARD,**

        **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation for Entry of order Dissolving Writ of Execution, Vacating Judgment and Dismissing this Case with Prejudice (Doc. 266), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that 1) the Writ of Execution issued on June 29, 2011 (Doc. 217) is hereby dissolved; 2) the Judgment dated June 20, 2011 (Doc. 212) is VACATED, and 3) this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 18, 2013.

                                                               **GREGORY A. PRESNELL**
                                                  **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties